PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH MALIK JEFFERSON,<br><br>Defendant. | CASE NO. 2:24-cr-00007-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: February 13, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 13, 2024. ECF No. 6.[1]

2. By this stipulation, defendant now moves to continue the status conference until **April 23, 2024, at 09:00 a.m.**, and to exclude time between February 13, 2024, and April 23, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 160 gb of investigative reports, photographs, body camera videos, and forensic

---

[1] An admit / deny hearing related to this case is also set before this Court on the same day. *See United States v. Jefferson*, 2:23-cr-00264-JAM. The parties will file a corresponding memorandum requesting a continuance of the admit/ deny hearing to April 23, 2024 to keep the cases moving together.

phone extractions.  The government has previously provided pre-indictment discovery to the defense, and is in the process of producing the initial batch of post-indictment discovery.

   b) Counsel for defendant desires additional time review existing and forthcoming discovery, consult with her client, to review the current charge, to conduct investigation and research related to the charge, to discuss potential resolutions with her client, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2024 to April 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 7, 2024         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ ADRIAN T. KINSELLA
                                ADRIAN T. KINSELLA
                                Assistant United States Attorney


Dated: February 7, 2024         /s/ MEGHAN MCLOUGHLIN
                                MEGHAN MCLOUGHLIN
                                Counsel for Defendant
                                JEREMIAH MALIK
                                JEFFERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 07, 2024        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE