HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JEREMIAH JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00007-JAM |
| Plaintiff, | |
| v. | **AMENDED STIPULATION REGARDING *BRUEN/DUARTE* MOTION BRIEFING SCHEDULE** |
| JEREMIAH MALIK JEFFERSON, | |
| Defendant. | Date:   August 20, 2024<br>Time:   9:00 p.m.<br>Judge:  Hon. John A. Mendez |

**AMENDED STIPULATION**

Defendant Jeremiah Jefferson, by and through his attorney, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its attorney, Assistant United States Attorney Adrian Kinsella, hereby stipulate as follows:

1.  The defense intends to file a Motion to Dismiss, pursuant to *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024).

2.  The parties have conferred and agreed upon the following briefing schedule:

    a.  The Motion to Dismiss shall be filed by **July 09, 2024**;

    b.  Any opposition shall be filed by **August 05, 2024**;

    c.  Any reply brief in further support of the Motion to Dismiss shall be filed by **August 09, 2024**; and

1       d.  The parties jointly request that the Motion to Dismiss be heard on **August 20,**

2        **2024, at 9:00 a.m.**

3  IT IS SO STIPULATED.

4

5  Dated: June 25, 2024          Respectfully submitted,

6

7                        HEATHER E. WILLIAMS
Federal Public Defender

8                        */s/ Meghan D, McLoughlin*

9                        MEGHAN D. McLOUGHLIN
Assistant Federal Defender

10                      Attorney for Defendant
JEREMIAH JEFFERSON

11

12  Dated: June 25, 2024          */s. Adrian Kinsella*
ADRIAN KINSELLA

13                        Assistant United States Attorney

14

15

16

17

18                        **ORDER**

19     IT IS SO ORDERED.

20

21    Dated: June 25, 2024       /s/ John A. Mendez

22                      THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28