PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMIAH MALIK JEFFERSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00007-JAM<br><br>**STIPULATION REGARDING BRUEN/DUARTE MOTION BRIEFING AND HEARING SCHEDULE; FINDINGS AND ORDER**<br><br>DATE: August 20, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status on September 10, 2024. ECF No. 17. Time has been excluded until this date. *Id*. This matter has also been set for a hearing on the defendant's pending motion to dismiss the indictment (ECF No. 21) on August 20, 2024. ECF No. 20.

//

//

//

Stipulation Regarding Excludable Time　　　　　　　　　　　1
Periods Under Speedy Trial Act

2. By this stipulation, the parties jointly request that the Court continue the **motion hearing** until **September 10, 2024, at 09:00 a.m.**, the date currently set for the next status hearing, and **MODIFY** the briefing schedule as follows:

    a) The government's opposition shall be due on **August 13, 2024,** and;

    b) The defendant's reply, if any, shall be due on **August 20**.

IT IS SO STIPULATED.

Dated: August 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: August 6, 2024

/s/ MEGHAN MCLOUGHLIN
MEGHAN MCLOUGHLIN
Counsel for Defendant
JEREMIAH MALIK JEFFERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE