HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JEREMIAH MALIK JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00007-JAM |
| Plaintiff, | **ORDER TO FILE UNDER SEAL** |
| vs. | Date:   April 29, 2025 |
| JEREMIAH MALIK JEFFERSON, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

GOOD CAUSE APPEARING, upon application of Defendant Jeremiah Malik Jefferson, the Court orders that Defendant's Exhibits A and C to his sentencing memorandum shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney Adrian Kinsella and Assistant Federal Defender Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: April 21, 2025                        /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE